# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Courtney Motley, | Case No. 2:24-cv-00735-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| J. Manzanedo, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 7). The Court received notice that Plaintiff's mail was not deliverable. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. Additionally, public records indicate that Plaintiff is now residing at the High Desert State Prison. The Court will thus send a copy of this order to that institution.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **August 1, 2024.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order to the High Desert State Prison at the below address.

**Courtney Motley #1210895**
High Desert State Prison
PO Box 650
Indian Springs, Nevada 89070-0650

DATED: July 2, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE