# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Courtney Motley, | Case No. 2:24-cv-00735-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Carlos Silva, et al., | |
| Defendants. | |

This matter is before the Court on its review of the docket. Plaintiff's summonses were returned unexecuted on August 1, 2024, indicating that the United States Marshals Service ("USMS") never received Plaintiff's USM-285 forms. (ECF No. 10). Before the service deadline passed on August 26, 2024, Plaintiff moved to a different facility, which may have disrupted his ability to submit his forms. (ECF No. 7, 8, 9). The Court will thus give Plaintiff additional time to submit his USM-285 forms to the USMS and will give Plaintiff additional time to complete service under Federal Rule of Civil Procedure 4(m).

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiff:

(1) A copy of this order.

(2) A copy of the summons returned unexecuted at ECF No. 10.

(3) Three copies of the Form USM-285.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to the USMS for service:

(1) A copy of this order.

(2) The three summonses issued at ECF No. 5.

1     (3) Three copies of Plaintiff's complaint filed at ECF No. 4.

2     **IT IS FURTHER ORDERED** that Plaintiff shall have until **January 6, 2025,** to send his completed USM-285 forms to the USMS for service.

4     **IT IS FURTHER ORDERED** that Plaintiff shall have until **March 6, 2025,** to accomplish service.

6     **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

8     **IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Forms USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, Plaintiff must file a motion with the Court identifying the defendant and specifying a more detailed name and/or address for that defendant or whether some other manner of service should be attempted.

14     **IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this order may result in the recommended dismissal of this case.

DATED: December 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE